# Federal Defenders
## OF NEW YORK, INC.

770 Federal Plaza, Central Islip, NY 11722
Tel: (631) 712-6500 Fax: (631) 712-6505

---

David E. Patton
*Executive Director and Attorney-in-Chief*

Randi L. Chavis
*Attorney-in-Charge Long Island*

August 11, 2022

VIA ECF

Honorable Joanna Seybert
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 12 2022 ★
LONG ISLAND OFFICE

Re: **United States v. Jaqueline Rosario**
**Docket Number: 16 CR 227**

Dear Judge Seybert:

I represent Ms. Rosario in the above referenced matter. This case was recently assigned to Your Honor. At the last status conference before Judge Hurley, he scheduled this matter before Your Honor for August 16, 2022. Your Honor's deputy has informed us of the Court's unavailability on that date. The defense has no objections to an adjournment until August 31, 2022 at 10:30 a.m. Accordingly, I have spoken to Ms. Rosario about her speedy trial rights and she agrees to waive time from August 16, 2022 to August 31, 2022.

Respectfully,

Tracey Gaffey, Esq.

cc: Mark Misorek
Assistant United States Attorney

*Defendant's application is GRANTED the case is adjourned to 8-31-22 at 10:30 AM.*

SO ORDERED:
S/ Joanna Seybert
Joanna Seybert, USDJ
Dated: 8-12-22
Central Islip, NY